Backenroth Frankel & Krinsky LLP
 489 Fifth Avenue
New York, New York 10017
Abraham Backenroth, Esq.
(212 593-1100
*Counsel for Bram Will El LLC and*
*William Muschel, LLC Debtors,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

      BROADWALL AMERICA, INC.,            Chapter 11
                                              Case No. 04-13810 (JMP)

                     Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

                                            Chapter 11
      BRAM WILL EL LLC,                    Case No. 05-10616 (JMP)

                     Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

                                            Chapter 11
      WILLIAM MUSCHEL, LLC,             Case No. 05-10617 (JMP)

                     Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BROADWALL AMERICA, INC.,

                     Plaintiff,


              -against-                    Adv. Pro. No. 06-01788 (JMP)
                                           Adv. Pro. No. 06-01789 (JMP)
BRAM WILL EL LLC, and               Adv. Pro. No. 06-01790 (JMP)
WILLIAM MUSCHEL, LLC,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **REPLY OF BRAM WILL EL LLC & WILLIAM MUSCHEL, LLC,  .**

     BRAM WILL EL LLC and WILLIAM MUSCHEL, LLC (collectively, the "Muschel

Debtors"), debtors and debtors-in possession in the above proceedings and defendants in the three

above-captioned consolidated adversary proceedings (the "Adversary Proceedings") as and for their reply in opposition to the objection dated October 22, 2010 (the "Objection") filed by Aaron Muschel ("Aaron Muschel") and in further support of the joint motion to approve settlement and dismiss proceedings, state as follows:

1. The Reply of Broadwall America, Inc., dated October 22, 2010 adequately deals with the objections interposed by Aaron Muschel and need not be repeated here. There was, however, one issue which was not addressed – the issue of corporate authority.

2. I am attaching hereto as Exhibit A, a copy Ruben Muschel's written authorization, which was, in addition to the oral authorization received from him, to enter into this settlement. It is therefore a non-issue.

Dated: New York, New York          Backenroth Frankel & Krinsky LLP
      October 25, 2010

By: _/s/ Abraham Backenroth_____
       Abraham Backenroth Esq.(AB-1989)
       489 Fifth Avenue – 28th Floor
       New York, New York 10017

*Attorney for Bram Will El LLC and*
*William Muschel, LLC Debtors*

Exhibit A

June 17, 2010

To: Abraham Backenroth
From: Ruben Muschel

Re: Bram Will-El, LLC
    William Muschel, LLC

This is to confirm that I, Ruben Muschel, individually, an as executor of my father's estate,
hereby authorize you to sign a stipulation dismissing the above bankruptcy proceedings and to
transfer the shares and/or ownership interest in the above entitles to my brother Mordechai
Muschel in accordance with the Psak Beth din

                             William Muschel probate estate

                             Ruben Muschel, Individually, and as
                             Executor